IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBIE SPEAR, et al | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WESTFIELD INSURANCE COMPANY | : | NO. 15-cv-00582-RAL |
|     Defendant. | : | |

## **ORDER**

**AND NOW,** this  11th  day of June, 2015, upon consideration of Defendant's Motion for Judgment on the Pleadings, along with Plaintiffs' response, it is **ORDERED** that said Motion is **DENIED**. The Parties are directed to contact chambers immediately to arrange a Rule 16 conference.

                                        BY THE COURT:

                                        *s/Richard A. Lloret*
                                        RICHARD A. LLORET
                                        U.S. Magistrate Judge