# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBIE SPEAR, in her capacity as Trustee of the Alliance Holdings, Inc. Employee Stock Ownership Plan,** | |
| and | **CIVIL ACTION** |
| **ALLIANCE HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,** | **No. 2:15-cv-00582-RAL** |
| Plaintiffs | |
| v. | |
| **WESTFIELD INSURANCE COMPANY,** | |
| Defendant. | |

## O R D E R

**AND NOW**, this  14th  day of November, 2017, for the reasons stated in the accompanying Memorandum, it is hereby:

**ORDERED**

1. Plaintiffs Barbie Spear and Alliance Holdings, Inc. Employee Stock Ownership Plan ("Plaintiffs") shall recover – by subpoena, if necessary - and produce all documents responsive to Defendant Westfield Insurance Company's May 4, 2015 First Set of Requests for Production of Documents Directed to Plaintiffs. If subpoenas are required they shall issue at once, and shall be returnable no later than thirty (30) days from the date of this Order. The parties, by counsel, shall report the status of production by a telephone status conference held within 45

days of the date of this Order. At the time of the status conference the parties shall be prepared to discuss with me the entry of a scheduling order in this case.

2. The Plaintiffs shall produce to Westfield the Settlement Agreement entered into in *Spear, et al. v. Fenkell, et al.*, E.D. Pa. 2:13-cv-02391-RAL within thirty (30) days of the date of this Order, complying with any notice obligations to other parties to the Settlement Agreement. The Settlement Agreement shall be subject to the supplemental protective order previously entered in this case.

3. The Plaintiffs' existing objections to Westfield's First Set of Requests for Production of Documents Directed to Plaintiffs, based on privilege, are overruled.

4. The Plaintiffs' other objections, general and specific, to Westfield's First Set of Requests for Production of Documents Directed to Plaintiffs are overruled.

BY THE COURT:

  *s/Richard A. Lloret*
RICHARD A. LLORET
UNITED STATES MAGISTRATE JUDGE